UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SARAH REED, | ) |
|     Plaintiff, | ) ) ) ) No. 1:12-CV-344 |
| v. | ) ) Judge Curtis L. Collier |
| U.S. BANCORP, | ) ) |
|     Defendant. | ) |

## JUDGMENT ORDER

Before the Court is Defendant U.S. Bancorp's ("Defendant") motion for summary judgment (Court File No. 36). Defendant argues Plaintiff Sarah Reed ("Reed") has failed to present sufficient evidence to demonstrate that Defendant discriminated against her due to her race. Reed responded in opposition, arguing she has presented both direct and circumstantial evidence sufficient to preclude summary judgment (Court File No. 45). Defendant replied to Reed's response (Court File No. 46). For the reasons discussed in this Order's accompanying memorandum, the Court **GRANTS** Defendant's motion for summary judgment (Court File No. 36). There being no other issues in this case, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

    **SO ORDERED.**

    **ENTER:**

                                                **/s/**
                                                **CURTIS L. COLLIER**
                                                **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT